IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JASON W. KIRKENDOLL**                                                                  **PLAINTIFF**

V.                          **CASE NO.: 4:15CV00358 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                  **DEFENDANT**

## JUDGMENT

In accordance with the Order entered this day, it is considered, ordered and adjudged that the decision of the Commissioner is reversed and remanded for action consistent with the opinion in this case. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 17th day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE